Nancy Gegenheimer, Esq.
SBN 235521
560 Mission Street 25th Floor
San Francisco, CA 95616
Telephone: (303) 881-0512
Email: ngegenheimer@msn.com
Attorney for James Bruce Ferguson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES BRUCE FERGUSON | ) | |
| | ) | Case No.13-CV-04413 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | WITH PREJUDICE |
| STATE COLLECTION SERVICES, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41a(1)(A), Plaintiff dismisses this Complaint, with prejudice. The parties have reached a settlement and defendant has not answered. Both parties shall bear his or its own costs.

DATED: November 4, 2013

Respectfully submitted,

/s/ Nancy Gegenheimer

Nancy Gegenheimer, Esq.
Attorney for Plaintiff
James Bruce Ferguson